IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Michael E. Love )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number: 12-CV-2623 CM/GLR
Sober/Whitehead Central Park Investor LLC et al )
Name )
15 N 10Th St )
Street and number )
Kansas KS 66102 )
City    State    Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the
   second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.  Name of plaintiff  Michael E Love / Michael E Love.

       Address  15 N 10Th St Kansas City Ks 66102

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Sober/Whitehead Central Park Investor et al**

employed at **15 N 10Th St Kasas City Ks 66102**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **Yes**. **Kasas**

2. The first-named defendant above is either

   a. a citizen of the State of **Kasas**; or

   b. ✓ a corporation incorporated under the laws of the State of **Kasas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of **N/A**; or

   b. ✓ a corporation incorporated under the laws of the State of **N/A** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

___ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section ~~3601~~ ~~3619~~ 8/8 Statute, US Code, Title_____, Section 804 b)

___ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

___ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Discriminatory Terms and Conditions ~~Threat~~ Threatening, Harassment Intimidation Bases: Race Religio (Jewish)

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Filed June 7, 2012 Violation under Fair Housing Law 42 U.S.C Section 3601 - 3619. Failure to Provide Safe + Peaceful Living Environment

3

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

_____

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?  (Yes)[ ]  No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint?  (Yes)[ ]  No [ ]

VII.  Do you claim punitive monetary damages? (Yes)[ ]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

By Action of the defendants I have lost many friends and facilitators to help me maintain my health and mental health and transportion to provide visits to doctors groceries store and church. And the further harrasment by the defendants has created a detroment to physical and mental health and my relief should be $75,000.00

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

        June 7, 2012

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

    **NO**    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    **NO**    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Michael E Love_
Signature of Plaintiff

_Michael E Love_
Name (Print or Type)

5

15 N 10TH ST
Address

KSKC  66102
City   State   Zip Code

913-683-5347
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, **Kansas City** or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( **yes** or no ).
(circle one)

Signature of Plaintiff

Dated: 09/21/12
(Rev. 8/07)

6



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Region VII
OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY
Gateway Tower II, 4th Floor
400 State Avenue
Kansas City, KS 66101-2406

August 22, 2012

Michael E. Love
15 North 10th Street, Apt. 1115
Kansas City, KS 66102

Dear Mr. Love:

SUBJECT: Love v. Suber/Whitehead/Central Park Investors, LLC, et al
HUD Case No: 07-12-0548-8
HuD Case No. 07-12-0548-6

    This letter acknowledges receipt of your signed complaint. If you have any questions, please call our office, at (913) 551-6961, or write to the above imprinted address.

Sincerely,

Dohn Farley
Equal Opportunity Specialist
Fair Housing Enforcement Branch

Enclosure

June 7, 2012

## HOUSING DISCRIMINATION COMPLAINT

CASE NUMBER: 07-12-0548-8

1. **Complainant**

   Michael E. Love
   15 N. 10th Street
   Apt. 1115
   Kansas City, KS  66102

2. **Other Aggrieved Persons**

   None.

3. **The following is alleged to have occurred or is about to occur:**

   Discriminatory terms, conditions, privileges, or services and facilities.
   Discriminatory acts under Section 818 (coercion, Etc.).

4. **The alleged violation occurred because of:**

   Race and religion.

5. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

   15 N. 10th Street
   Apt. 1115
   Kansas City, KS

6. **Respondent(s)**

   Ricky Suber, Site Manager
   Sunrise Towers
   15 N. 10th Street
   Kansas City, KS  66102

   Carmen Whitehead, Assistant Manager
   Sunrise Tower
   15 N. 10th Street
   Kansas City, KS  66102

1



JUN 2 0 2012

PK Management, LLC
c/o Yvette Rouff, Resident Agent
15 N. 10th Street
Kansas City, KS   66102

Central Park Investors, LLC
c/o Yvette Rouff, Resident Agent
15 N. 10th Street
Kansas City, KS   66102

7. **The following is a brief and concise statement of the facts regarding the alleged violation:**

   Sections:   804(b), 818
   Issues:   Discriminatory Terms and Conditions, Threatening, Harassment, Intimidation
   Bases:   Race (African American), Religion (Jewish)
   Allegation:   Failure to Provide Safe & Peaceful Living Environment

   Complainant (African American) alleged Respondents are discriminating against him, and subjecting him to acts of threats, intimidation and harassment by failing to provide him a safe and peaceful living environment. He alleged that beginning in April 2012 through May 29, 2012, and continuing, Respondents' unidentified security guard aka Mack (Caucasian), on a minimum of twenty (20) occasions subjected him (Complainant) to derogatory racial & religious comments, by referring to him (Love) as "Nigger" and "Black Jew." He alleged Mack used these terms in direct conversations with him and other tenants residing in the subject property. He alleged Mack's statements cause him harm by denying him a safe & peaceful living environment. Complainant alleged that during April 2012, and on/or about May 30, 2012, he complained to Respondent Ricky Suber (African American), Site Manager, and Respondent Carmen Whitehead (African American), Assistant Manager, regarding Mack's alleged derogatory statements; and requested that Respondents take actions to provide him a safe & peaceful living environment. He alleged that to date, Respondents have failed to take any actions to prevent him from being subjected to derogatory statements by Mack, and to provide for a safe & peaceful living environment. He alleged that by their lack of action, Respondents are subjecting him to discriminatory housing practices, threats, intimidation, and harassment, based on race and religion.

8. **The most recent date on which the alleged discrimination occurred:**

   May 30, 2012.

2

9. **Types of Federal Funds identified:**

   HUD Assisted Housing (202, 811, 221D4, Project Based Section 8).

10. **The acts alleged in this complaint, if proven, may constitute a violation of the following:**

    Sections 804b or f and 818 of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Amendments Act of 1988.

    Title VI of the Civil Rights Act of 1964.

**Please sign and date this form:**

**I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**

_Michael Ellis Love_  06/12/12
Michael E. Love                (Date)

**N O T E:   HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**

3